IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

UNIVERSITY OF MASSACHUSETTS,

    Plaintiff,

v.

JAMES M. ROBL AND PHILIPPE COLLAS,

    Defendants.

---

Civil Action No. 04-11013-RGS

### PLAINTIFF'S MOTION TO REMAND

Pursuant to 28 U.S.C. §§ 1441 and 1447(c), Plaintiff University of Massachusetts ("University") respectfully moves for an order remanding this matter to the Superior Court (Suffolk County) for the Commonwealth of Massachusetts because this Court lacks federal subject matter jurisdiction over the action.

In support thereof, the University is submitting its Memorandum in Support of Motion to Remand herewith.

### Local Rule 7.1(A)(2) Certification

I hereby certify that, pursuant to Local Rule 7.1(A)(2), Kevin M. Littman, Esq., counsel for Plaintiff, and Tara C. Clancy, Esq., counsel for Defendants James M. Robl And Philippe Collas, conferred on June 17, 2004, by telephone and attempted in good faith to resolve or narrow the issues presented by Plaintiff's Motion to Remand, but were unable to do so.

Dated: June 18, 2004

Of Counsel:

Terence P. O'Malley
General Counsel
University of Massachusetts
One Beacon Street, 26th Floor
Boston, MA 02108
(617) 287-7098

Respectfully submitted,

University of Massachusetts

By its attorneys:

Thomas F. Reilly, Attorney General

*/s/ Heidi E. Harvey*
Heidi E. Harvey (BBO #548114)
Special Assistant Attorney General
Fish & Richardson P.C.
225 Franklin Street
Boston, MA 02110
(617) 542-5070

### CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing was delivered by hand to attorney for defendants, Thomas Holt, Esq., Kirkpatrick & Lockhart LLP, 75 State Street, Boston, MA 02109 this 18th day of June, 2004, as set forth below:

*/s/ Daniel [signature]*

20880684.doc