IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNIVERSITY OF MASSACHUSETTS,

Plaintiff,

v.

JAMES M. ROBL and PHILIPPE COLLAS,

Defendants.

CIVIL ACTION NO. 04-11013-RGS

## ASSENTED TO MOTION FOR EXTENSION OF TIME

Defendants in the above-captioned action, James M. Robl and Philippe Collas, respectfully move for an extension of time, until July 9, 2004, for the filing of Defendants' Opposition to Plaintiff's Motion to Remand. As grounds for this Motion, Defendants state that this brief one week extension is necessary due to an unexpected press of business this week due to the upcoming holiday and Defendants' counsels' schedule. Counsel for the University of Massachusetts, Heidi E. Harvey, has stated no objections to this Motion and has assented to this brief extension of time.

Wherefore, Defendants respectfully request that this Court enlarge the time for the filing of Defendants' Opposition to Plaintiff's Motion to Remand up to and including July 9, 2004.

Respectfully submitted,

JAMES M. ROBL AND PHILIPPE COLLAS,

By their attorneys,

*/s/ Tara C. Clancy*

Thomas F. Holt, Jr. (BBO# 238830)
Tara C. Clancy (BBO# 567020)
Amy B. Abbott (BBO# 648072)
75 State Street
Boston, MA 02109
(617) 261-3100

Dated: July 1, 2004

## LOCAL RULE 37.1 CERTIFICATION

The undersigned hereby certifies that I have conferred telephonically with Heidi E. Harvey, counsel for Plaintiff, pursuant to the provisions of Local Rule 37.1 with respect to this Motion, and Ms. Harvey stated that Plaintiff assents to this Motion.

*/s/ Tara C. Clancy*
Tara C. Clancy

## CERTIFICATE OF SERVICE

I, Amy B. Abbott, hereby certify that on July 1, 2004, I served a copy of the foregoing Assented to Motion For Extension of Time by hand upon Heidi E. Harvey, Esq., Fish & Richardson PC, 225 Franklin Street, Boston, MA 02110.

*Amy B. Abbott*
Amy B. Abbott