UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNIVERSITY OF MASSACHUSETTS

      V.                CIVIL ACTION NO. 04-11013-RGS

JAMES ROBL and PHILIPPE COLLAS

# NOTICE OF HEARING

STEARNS, DJ.                          JULY 19, 2004

A HEARING* IN THE ABOVE-CAPTIONED ACTION IS HEREBY SCHEDULED FOR:

**MONDAY, AUGUST 2, 2004 AT 10:00 A.M.**

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM#21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

                                                          RICHARD G. STEARNS
                                                          UNITED STATES DISTRICT JUDGE

                BY:
                                            /s/ Deputy Clerk

*TO BE HEARD: Plaintiff's Motion to Remand (#4).